# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTOPHER ALBERT,<br><br>                      Plaintiff,<br>v.<br><br>GENESIS 2K d/b/a Genesis Group,<br><br>                      Defendant. | Case No. 13-CV-62-JPS<br><br>JUDGMENT |

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED with prejudice.

APPROVED:

_J.P. Stadtmueller_
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

February 24, 2014
Date

s/Nancy A. Monzingo
By: Deputy Clerk